DANIEL G. BOGDEN
United States Attorney
District of Nevada

BLAINE T. WELSH
Nevada Bar No. 4790
KRYSTAL J. (GALLAGHER) ROSSE
Nevada Bar No. 11573
Assistant United States Attorneys
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: *krystal.rosse@usdoj.gov*

Attorneys for the United States.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE ESTATE OF BARRY ISOM, by and through its Executrix, Mary Love-Isom; Jaime Isom Newberry and Kimberly Isom Grindstaff;<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 2:14-cv-00475-RFB-VCF |

## STIPULATION AND ORDER FOR TRAVEL COSTS

The parties, by and through their respective counsel of record, hereby stipulate and agree that Plaintiffs' counsel reimburse the United States for travel costs related to taking Plaintiff Kimberlee Isom Grindstaff's deposition in Sacramento, California, on June 3, 2015.

Generally, a plaintiff must be deposed in the place where suit is filed. In this case, rather than file a discovery motion attempting to enforce this general rule, the parties met, conferred and agreed that counsel for the United States would travel to Plaintiff's location for the deposition and Plaintiff would pay Federal Defendant's related travel costs.

1    Under Government financial rules, to effectuate this agreement and allow Plaintiffs to reimburse

2    the United States, the parties' agreement must be reduced to a court order.

3    WHEREFORE, the parties respectfully request that the Court order Plaintiffs' counsel to

4    reimburse Federal Defendant for $577.11 in travel costs for its travel to and from Sacramento,

5    California, to conduct Plaintiff Kimberlee Isom Grindstaff's deposition on June 3, 2015. The parties

6    further agree that neither party will claim these costs as additional compensation or reimbursable costs

7    to be taxed by the Court.

8    Respectfully submitted this 8th day of June 2015.

9    CRAIG A. MARQUIZ
     Marquiz Law Office, PC                                 DANIEL G. BOGDEN
10                                                          United States Attorney
     JUSTICE LAW CENTER
11
     /s/ Alissa C. Engler                                   /s/ Krystal J. Rosse
12   BRET O. WHIPPLE, ESQ.                                  BLAINE T. WELSH
     ALISSA C. ENGLER, ESQ.                                 KRYSTAL J. (GALLAGHER) ROSSE
13                                                          Assistant United States Attorneys

14   Attorneys for Plaintiffs                               Attorneys for the United States

15

16

17

18

19

20                                          IT IS SO ORDERED:

21

22                                          _____
                                            UNITED STATES MAGISTRATE JUDGE
23                                          DATED:
                                                        June 10, 2015
24

25

26

2