# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

THE ESTATE OF BARRY ISOM, by and through its Executrix, Mary Love-Isom; Jaime Isom Newberry and Kimberly Isom Grindstaff,

Plaintiffs,

vs.

UNITED STATES OF AMERICA,

Defendant.

2:14-cv-00475-RFB-VCF

**ORDER**

Before the court is the Joint Motion to Set Settlement Conference before United States Magistrate Judge (#48).

IT IS HEREBY ORDERED that a hearing on the Joint Motion to Set Settlement Conference before United States Magistrate Judge (#48) is scheduled for 10:00 a.m., December 15, 2015, in courtroom 3D.

DATED this 1st day of December, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE