# Marquiz Law Office
Professional Corporation

3088 Via Flaminia Court
Henderson, NV 89052
Phone: (702) 263-5533
Fax: (702) 263-5532

Craig A. Marquiz, Esq.
NV Bar #7437
MarquizLaw@cox.net

# Justice Law Center
1100 S. Tenth Street
Las Vegas, Nevada 89104
Phone: (702) 731-0000
Fax: (702) 974-4008

Bret O. Whipple, Esq.
Nevada Bar No. 6168
Alissa C. Engler, Esq.
Nevada Bar No. 11940
admin@justice-law-center.com

Attorney for Plaintiffs

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| THE ESTATE OF BARRY ISOM, by and through its Executrix, Mary Love-Isom; Jaimee Isom Newberry and Kimberlee Isom Grindstaff; <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, and DOES 1 through 100, inclusive, <br><br> Defendants, | Case No.:2:14-cv-00475-JAD-VCF <br><br><br><br><br><br><br><br> **STIPULATION AND ORDER TO CONTINUE SETTLEMENT CONFERENCE** |

Plaintiff, THE ESTATE OF BARRY ISOM, ("Isom"), and Defendant, UNITED STATES OF AMERICA, through their respective counsel, stipulate to continuing the currently scheduled Settlement Conference date of April 13, 2016 for approximately sixty (60) days. The

parties respectfully request that the new date for the Settlement Conference be selected from one of the following dates:

| | |
|---|---|
| May 24, 2016 | June 7, 2016 |
| May 25, 2016 | June 8, 2016 |
| May 26, 2016 | June 9, 2016 |

Counsel for both parties have conferred and discussed the above continuation. An extensive pre-settlement conference demand package was recently submitted by Plaintiffs to the government. This recent submission requires additional time for government officials to evaluate Plaintiff's settlement demand packet. In addition, lead counsel for the Plaintiff will be out of the country from April 5, 2016 through April 13, 2016 on a mission trip for his church in Ghana, Africa.

All parties have been cooperating and acting in good faith and, therefore, respectfully request that this Court extend the scheduled date for the Settlement Conference to one of the requested dates referenced above.

SUBMITTED on the 15th day of March, 2016.

| JUSTICE LAW CENTER | UNITED STATES ATTORNEY |
|---|---|
| /s/ Bret O. Whipple<br>BRET O. WHIPPLE, ESQ.<br>1100 South Tenth Street<br>Las Vegas, Nevada 89104<br>*Attorney for Plaintiff* | /s/ Krystal J. Rosse<br>BLAINE T. WELSH<br>Assistant United States Attorney<br>KRYSTAL J. ROSSE<br>Assistant United States Attorney<br>333 Las Vegas Blvd., Suite 5000<br>Las Vegas, Nevada 89104<br>*Attorney for Defendant* |

**ORDER**

IT IS SO ORDERED.
Dated this 16th day of March, 2016.

_____
UNITED STATES MAGISTRATE JUDGE

The settlement conference scheduled for April 13, 2016 is VACATED and RESCHEDULED to 10:00 a.m., June 7, 2016. The confidential statement is due by noon, May 31, 2016. All else as stated in the order (#51) scheduling the settlement conference remains the same.