**Marquiz Law Office**
Professional Corporation

3088 Via Flaminia Court
Henderson, NV 89052
Phone: (702) 263-5533
Fax: (702) 263-5532

Craig A. Marquiz, Esq.
NV Bar #7437
MarquizLaw@cox.net

**Justice Law Center**
1100 S. Tenth Street
Las Vegas, Nevada 89104
Phone: (702) 731-0000
Fax: (702) 974-4008

Bret O. Whipple, Esq.
Nevada Bar No. 6168
Alissa C. Engler, Esq.
Nevada Bar No. 11940
admin@justice-law-center.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| THE ESTATE OF BARRY ISOM, by and through its Executrix, Mary Love-Isom; Jaimee Isom Newberry and Kimberlee Isom Grindstaff;<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, and DOES 1 through 100, inclusive,<br><br>Defendants, | Case No.:2:14-cv-00475-JAD-VCF<br><br>**STIPULATED REQUEST FOR LIMITED EXTENSION OF SCHEDULING DEADLINES AND JOINT REQUEST FOR REVISED SCHEDULING ORDER (Eighth Request)** |

      Pursuant to Local Rules 6-1, 26-4, and Fed. R. Civ. P. 6(b), the parties stipulate, subject to this Court's approval, the deadlines in the approved discovery schedule be extended for one (1) day for the reasons noted below.

      1.    **Status Report**.  This request is made 18 days before the current close of discovery, which is set for July 25, 2016. Pursuant to Local Rules 6-1(b) and 26-4, this request is timely in that it is made before the discovery cutoff. The parties' stipulation should be approved due to scheduling conflicts with attorneys and limited availability with one of the remaining experts to be deposed. The referenced expert is only available on Tuesday mornings, and counsel could not find a Tuesday within the current deadline where they were both available. Thus, Plaintiff is requesting one (1) additional day so that the deposition may be held on Tuesday, July 26, 2016. The Court granted the first through seventh extensions of discovery deadlines in this case on January 12, 2015 (ECF No. 27), April 24, 2015 (ECF No. 34), July 22, 2015 (ECF No. 40), August 31, 2015 (ECF No. 43), October 14, 2015 (ECF No. 47), and June 9, 2016 (ECF No. 55).

      2.    **Status/Discovery Completed.** The parties have completed all discovery except for depositions of expert witnesses.

      3.    **Discovery remaining**.  The parties' remaining discovery is limited to depositions of both parties' experts.

      4.    **Reasons for extension**. Plaintiff's expert is only available on Tuesday mornings, and counsel could not find a Tuesday within the current deadline where they were both available. Thus, the request for one (1) additional day so that the deposition may be held on Tuesday, July 26, 2016. The parties do not seek to change any other remaining discovery deadlines. The parties stipulate to this extension in good faith and not for the purpose of unnecessarily delaying the proceedings.

      5.    **Revised discovery schedule**.[1] The parties stipulate and agree to the following revised discovery plan and ask that the Court adopt it as the revised scheduling order in this case.

---

[1] Pursuant to Fed. R. Civ. P. 6(a)(c) deadlines falling on a weekend or legal holiday "run until the next day that is not a Saturday, Sunday, or legal holiday"

1        A.    **Discovery Deadline**: The discovery deadline shall be July 26, 2016, forty-eight days after the parties' settlement conference for the limited purpose of allowing the parties to take the depostions of disclosed expert witnesses.

      B.    **Dispositive Motions**: Dispositive motions, if any, shall be filed by August 23, 2016, 30 days after the discovery cutoff.

      C.    **Joint Pretrial Order**: A Joint Pretrial Order shall be filed 30 days after the deadline for filing dispositive motions. However, if any dispositive motions are filed, then the Joint Pretrial Order shall be due 30 days after decision on such motion(s). Disclosures under Fed. R. Civ. P. 26(a)(3), and any objections thereto, shall be included in the Joint Pretrial Order.

Respectfully submitted this 11th day of July, 2016.

| | |
|---|---|
| DANIEL G. BOGDEN<br>United States Attorney | JUSTICE LAW CENTER<br>MARQUIZ LAW OFFICE, PC |
| /s/ Krystal J. Rosse<br>BLAINE T. WELSH, ESQ.<br>KRYSTAL J. ROSSE, ESQ. | /s/ Bret O. Whipple<br>BRET O. WHIPPLE, ESQ.<br>CRAIG MARQUIZ, ESQ.<br>ALISSA C. ENGLER, ESQ. |

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 7-11-2016

- 3 -