1

2

Marquiz Law Office
Professional Corporation
♦

3

3088 Via Flaminia Court
Henderson, NV 89052
Phone: (702) 263-5533
Fax: (702) 263-5532

4

5

6

Craig A. Marquiz, Esq.
NV Bar #7437
MarquizLaw@cox.net

7

8

Justice Law Center
1100 S. Tenth Street
Las Vegas, Nevada 89104
Phone: (702) 731-0000
Fax: (702) 974-4008

9

10

11

Bret O. Whipple, Esq.
Nevada Bar No. 6168
Alissa C. Engler, Esq.
Nevada Bar No. 11940
admin@justice-law-center.com

12

13

14

Attorney for Plaintiffs

15

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

16

17

THE ESTATE OF BARRY ISOM, by and
through its Executrix, Mary Love-Isom;
Jaime Isom Newberry and Kimberly Isom
Grindstaff;

Case No.:2:14-cv-00475-JAD-VCF

18

19

Plaintiffs,

**STIPULATION AND ORDER TO
EXTEND RESPONSES TO FEDERAL
DEFENDANT'S MOTION FOR
PARTIAL DISMISSAL OR, IN THE
ALTERNATIVE, PARTIAL
JUDGMENT ON THE PLEADINGS
(DOC 61) AND PLAINTIFFS' MOTION
FOR PARTIAL SUMMARY
JUDGMENT (DOC 62)**

20

v.

21

UNITED STATES OF AMERICA,

22

Defendants,

23

24

25

26

27

The parties, by and through their respective counsel of record, hereby stipulate and agree that

28

responses to Federal Defendant's Motion for Partial Dismissal or, in the Alternative, Partial

1  Judgment on the Pleadings (Doc 61), currently due on October 10, 2016, be extended to October 21,

2  2016. Parties further stipulate that Federal Defendant's Response to Plaintiffs' Motion for Partial

3  Summary Judgment (Doc 62), currently due on October 17, 2016, be extended to October 21, 2016.

4  These extensions are requested due to  scheduling conflicts with both parties' counsel.

5    All parties have been cooperating and acting in good faith and, therefore, respectfully request

6  that the Court extend the scheduled date for responses on the above motions to October 21, 2016.

7    RESPECTFULLY SUBMITTED this 6th day of October, 2016.

8

**JUSTICE LAW CENTER**        **UNITED STATES ATTORNEY**

9

10   */s/ Bret O. Whipple*          */s/ Krystal J. Rosse*
 BRET O. WHIPPLE, ESQ.       KRYSTAL J. ROSSE, ESQ.

11  Nevada Bar No. 6168         Assistant United States Attorney
 1100 S. Tenth Street         Nevada Bar No. 11573

12  Las Vegas, NV 89104        501 Las Vegas Boulevard South, Suite 1100
 *Attorneys for Plaintiffs*       Las Vegas, Nevada 89101

13                 *Attorneys for the United States of America*

14

15

  IT IS SO ORDERED.

16

17                     _____
                  RICHARD F. BOULWARE, II

18                    United States District Judge

19             DATED: __10/16/16_____

20

21

22

23

24

25

26

27

28