Marquiz Law Office
Professional Corporation

3088 Via Flaminia Court
Henderson, NV 89052
Phone: (702) 263-5533
Fax: (702) 263-5532

Craig A. Marquiz, Esq.
NV Bar #7437
MarquizLaw@cox.net

Justice Law Center
1100 S. Tenth Street
Las Vegas, Nevada 89104
Phone: (702) 731-0000
Fax: (702) 974-4008

Bret O. Whipple, Esq.
Nevada Bar No. 6168
Alissa C. Engler, Esq.
Nevada Bar No. 11940
admin@justice-law-center.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| THE ESTATE OF BARRY ISOM, by and through its Executrix, Mary Love-Isom; Jaimee Isom Newberry and Kimberlee Isom Grindstaff;<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, and DOES 1 through 100, inclusive,<br><br>Defendants, | Case No.:2:14-cv-00475-RFB-VCF<br><br><br><br><br><br><br><br>**STIPULATION AND ORDER TO CONTINUE DEADLINE FOR FILING JOINT PRE-TRIAL MEMORANDUM** |

Plaintiffs and Defendants, acting by and through counsel, stipulate that the scheduled date to file a Joint Pre-Trial Order, presently due June 14, 2017, be extended to June 26, 2017.

Counsel for Plaintiffs is dealing with family medical issues which may extend beyond the current deadline.

Therefore, Plaintiffs' counsel may be unable to effectively contribute their time to preparing the Joint Pre-Trial Order and, for that reason, now stipulate to extend the due date to June 26, 2017.

WHEREFORE, the parties respectfully request that the Court extend the scheduled date for the Joint Pre-Trial Order to June 26, 2017.

Respectfully submitted this 9th day of June, 2017.

| | |
|---|---|
| STEVEN W. MYRHE<br>Acting United States Attorney | JUSTICE LAW CENTER<br>MARQUIZ LAW OFFICE, PC |
| /s/ Krystal J. Rosse<br>KRYSTAL J. ROSSE, ESQ.<br>LINDSY M. ROBERTS | /s/ Bret O. Whipple<br>BRET O. WHIPPLE, ESQ.<br>CRAIG MARQUIZ, ESQ.<br>ALISSA C. ENGLER, ESQ. |

**ORDER**

IT IS SO ORDERED.

DATED this 9th day of June, 2017.

_____
UNITED STATES MAGISTRATE JUDGE