STEVEN W. MYHRE
Acting United States Attorney
District of Nevada

KRYSTAL J. ROSSE
Nevada Bar No. 11573
LINDSY M. ROBERTS
Assistant United States Attorneys
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Email: *krystal.rosse@usdoj.gov*;
      *lindsy.roberts@usdoj.gov*

*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE ESTATE OF BARRY ISOM, by and through its Executrix, Mary Love-Isom; Jaime Isom Newberry and Kimberly Isom Grindstaff; <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. 2:14-cv-00475-RFB-VCF <br><br> **STIPULATED REQUEST FOR EXTENSION TO FILE JOINT PRETRIAL ORDER** <br><br> **(Second Request)** |

Pursuant to Local Rules 6-1, 26-4, and Fed. R. Civ. P. 6(b), the parties stipulate, subject to this Court's approval, that the scheduled date to file a Joint Pretrial order, presently due today, June 26, 2017, be extended to June 30, 2017. Due to family medical issues mentioned in the parties' First Request for an extension (ECF No. 77), the parties have worked on their respective portions of the Joint Pretrial Order but have not yet been able to confer regarding the same, including discussing stipulations to proposed trial exhibits.

This request is made for good cause and not for purposes of delay. The parties continue to cooperate and work in good faith in preparing the Joint Pretrial Order.

1

Accordingly, the parties stipulate and respectfully request to extend the deadline to file the Joint Pretrial Order to June 30, 2017.

Respectfully submitted this 26th day of June 2017.

| | |
|---|---|
| JUSTICE LAW CENTER<br>MARQUIZ LAW OFFICE, PC | STEVEN W. MYHRE<br>Acting United States Attorney |
| */s/ Alissa C. Engler*<br>BRET O. WHIPPLE, ESQ.<br>CRAIG A. MARQUIZ, ESQ.<br>ALISSA C. ENGLER, ESQ. | */s/ Krystal J. Rosse*<br>KRYSTAL J. ROSSE<br>LINDSY M. ROBERTS<br>Assistant United States Attorneys |
| *Attorneys for Plaintiffs* | *Attorneys for the United States* |

**IT IS SO ORDERED:**

**UNITED STATES MAGISTRATE JUDGE**
**DATED:**
    6-27-2017