**Marquiz Law Office**
Professional Corporation

3088 Via Flaminia Court
Henderson, NV 89052
Phone: (702) 263-5533
Fax: (702) 263-5532

Craig A. Marquiz, Esq.
NV Bar No. 7437
MarquizLaw@cox.net

**Justice Law Center**
1100 S. Tenth Street
Las Vegas, Nevada 89104
Phone: (702) 731-0000
Fax: (702) 974-4008

Bret O. Whipple, Esq.
Nevada Bar No. 6168
Alissa C. Engler, Esq.
Nevada Bar No. 11940
admin@justice-law-center.com

Attorney for Plaintiffs

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| THE ESTATE OF BARRY ISOM, by and through its Executrix, Mary Love-Isom; Jaimee Isom Newberry and Kimberlee Isom Grindstaff;<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendants, | Case No.:2:14-cv-00475-RFB-VCF<br><br>**STIPULATED REQUEST FOR EXTENSION TO FILE JOINT PRETRIAL ORDER**<br><br>**(Fourth Request)** |

Pursuant to Local Rules 6-1, 26-4, and Fed. R. Civ. P. 6(b), the parties stipulate, subject to this Court's approval, that the scheduled date to file a Joint Pretrial Order, presently due today, July

7, 2017, be extended to July 10, 2017. The parties were able to work with their respective portions of the Joint Pretrial Order, and were able to meet today, but will need extra time to finalize the parties' respective factual positions and the agreed upon stipulated facts.

This request is made for good cause, and not for purposes of delay. The parties continue to cooperate and work in good faith in preparing the Joint Pretrial Order.

Accordingly, the parties stipulate and respectfully request to extend the deadline to file the Joint Pretrial Order to July 10, 2017.

RESPECTFULLY SUBMITTED this 7th day of July, 2017.

| | |
|---|---|
| **JUSTICE LAW CENTER** | **STEVEN W. MYHRE**<br>**ACTING UNITED STATES ATTORNEY** |
| /s/ Bret O. Whipple<br>BRET O. WHIPPLE, ESQ.<br>ALISSA C. ENGLER, ESQ.<br>*Attorneys for Plaintiffs* | /s/ Krystal J. Rosse<br>KRYSTAL J. ROSSE, ESQ.<br>LINDSY M. ROBERTS, ESQ.<br>Assistant United States Attorneys<br>*Attorneys for the United States of America* |

**IT IS SO ORDERED.**

_____
United States Magistrate Judge

DATED: 7-10-2017