♦
**Marquiz Law Office**
Professional Corporation
♦

3088 Via Flaminia Court
Henderson, NV 89052
Phone: (702) 263-5533
Fax: (702) 263-5532

Craig A. Marquiz, Esq.
NV Bar #7437
MarquizLaw@cox.net

**Justice Law Center**
1100 S. Tenth Street
Las Vegas, Nevada 89104
Phone: (702) 731-0000
Fax: (702) 974-4008

Bret O. Whipple, Esq.
Nevada Bar No. 6168
Alissa C. Engler, Esq.
Nevada Bar No. 11940
admin@justice-law-center.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| THE ESTATE OF BARRY ISOM, by and through its Executrix, Mary Love-Isom; Jaimee Isom Newberry and Kimberlee Isom Grindstaff;<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, and DOES 1 through 100, inclusive,<br><br>Defendants, | Case No.:2:14-cv-00475-RFB-VCF<br><br><br><br><br><br>**STIPULATED REQUEST FOR EXTENSION TO FILE PAGE/LINE DESIGNATION OF DEPOSITION TESTIMONY**<br><br>**(Second Request)** |

Pursuant to Local Rules 6-1, 26.4, and Fed. R. Civ. P. 6(b), the parties stipulate, subject to this Court's approval, that the scheduled date to file Page/Line Designation of Deposition Testimony, presently due today, July 24, 2017, be extended to July 26, 2017. The parties are

1  working with cross referencing and comparing designations, and will require extra time to
2  finalize.
3     This request is made for good cause, and not for purposes of delay. The parties continue
4  to cooperate and work in good faith in preparing the Page/Line Designation of Deposition
5  Testimony.
6     Accordingly, the parties stipulate and respectfully request to extend the deadline to file
7  the Page/Line Designation of Deposition Testimony to July 26, 2017.
8     RESPECTFULLY SUBMITTED this 24th day of July, 2017.

9  **JUSTICE LAW CENTER**                **STEVEN W. MYHRE**
                                         **ACTING UNITED STATES ATTORNEY**

11  */s/ Bret O. Whipple*                 */s/ Krystal J. Rosse*
    BRET O. WHIPPLE, ESQ.                 KRYSTAL J. ROSSE, ESQ.
12  ALISSA C. ENGLER, ESQ.                LINDSY M. ROBERTS, ESQ.
                                          Assistant United States Attorneys
13  *Attorneys for Plaintiffs*            *Attorneys for the United States of America*

15  **IT IS SO ORDERED.**

17  _____
    RICHARD F. BOULWARE, II
18  United States District Judge

    DATED:___July 25, 2017._____