Marquiz Law Office
Professional Corporation

3088 Via Flaminia Court
Henderson, NV 89052
Phone: (702) 263-5533
Fax: (702) 263-5532

Craig A. Marquiz, Esq.
NV Bar No. 7437
MarquizLaw@cox.net

Justice Law Center
1100 S. Tenth Street
Las Vegas, Nevada 89104
Phone: (702) 731-0000
Fax: (702) 974-4008

Bret O. Whipple, Esq.
Nevada Bar No. 6168
Alissa C. Engler, Esq.
Nevada Bar No. 11940
admin@justice-law-center.com

Attorney for Plaintiffs

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| THE ESTATE OF BARRY ISOM, by and through its Executrix, Mary Love-Isom; Jaimee Isom Newberry and Kimberlee Isom Grindstaff;<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendants, | Case No.:2:14-cv-00475-RFB-VCF<br><br>**STIPULATED REQUEST FOR EXTENSION TO SUBMIT JURY INSTRUCTIONS AND PLAINTIFFS' EXHIBITS**<br><br>**(First Request)** |

Pursuant to Local Rules 6-1, 26-4, and Fed. R. Civ. P. 6(b), the parties stipulate, subject to this Court's approval, that the scheduled date to submit Jury Instructions and Plaintiffs' Exhibits,

presently due today, August 22, 2017, be extended to Friday, August 25, 2017.

This request is made for good cause, and not for purposes of delay. The parties continue to cooperate and work in good faith in preparing the Jury Instructions, and Plaintiffs' Exhibit production.

Accordingly, the parties stipulate and respectfully request to extend the deadline to submit the Jury Instructions and Plaintiffs' Exhibits to August 25, 2017.

RESPECTFULLY SUBMITTED this 22nd day of August, 2017.

| | |
|---|---|
| **JUSTICE LAW CENTER** | **STEVEN W. MYHRE**<br>**ACTING UNITED STATES ATTORNEY** |
| */s/ Bret O. Whipple*<br>BRET O. WHIPPLE, ESQ.<br>ALISSA C. ENGLER, ESQ.<br>*Attorneys for Plaintiffs* | */s/ Lindsy M. Roberts*<br>LINDSY M. ROBERTS, ESQ.<br>TROY K. FLAKE, ESQ.<br>Assistant United States Attorneys<br>*Attorneys for the United States of America* |

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED: August 23, 2017