**Marquiz Law Office**
Professional Corporation

3088 Via Flaminia Court
Henderson, NV 89052
Phone: (702) 263-5533
Fax: (702) 263-5532

Craig A. Marquiz, Esq.
NV Bar #7437
MarquizLaw@cox.net

**Justice Law Center**
1100 S. Tenth Street
Las Vegas, Nevada 89104
Phone: (702) 731-0000
Fax: (702) 974-4008

Bret O. Whipple, Esq.
Nevada Bar No. 6168
Alissa C. Engler, Esq.
Nevada Bar No. 11940
admin@justice-law-center.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| THE ESTATE OF BARRY ISOM, by and through its Executrix, Mary Love-Isom; Jaimee Isom Newberry and Kimberlee Isom Grindstaff;<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, and DOES 1 through 100, inclusive,<br><br>Defendants, | Case No.:2:14-cv-00475-RFB-VCF<br><br><br><br><br><br><br><br>**STIPULATED REQUEST FOR EXTENSION TO FILE EXPERT DESIGNATIONS**<br><br>**(First Request)** |

Pursuant to Local Rules 6-1, 26-4, and Fed. R. Civ. P. 6(b), the parties stipulate, subject to this Court's approval, that the scheduled date to submit and file Expert Designations, presently due today, August 22, 2017, be extended to September 5, 2017.

In an abundance of caution, the parties are also clarifying that the Pretrial Order sets the date of September 4, 2017 as the due date for the Trial Briefs; however, the original order states the Trial Briefs are due at the same time as the Expert Designations. Therefore, due to September 4, 2017 being a federal holiday, the parties are also requesting the due date for Trial Briefs be extended to September 5, 2017.

This request is made for good cause, and not for purposes of delay. Plaintiff's counsel has been experiencing technological difficulties accessing, uploading, and/or downloading documents with the Federal filing system. The parties continue to cooperate and work in good faith to finalize their Trial Briefs and Expert Designations.

Accordingly, the parties stipulate and respectfully request to extend the deadline to submit and file the Expert Designations and Trial Briefs to September 5, 2017.

RESPECTFULLY SUBMITTED this 22nd day of August, 2017.

| **JUSTICE LAW CENTER** | **STEVEN M. MYHRE** <br> **ACTING UNITED STATES ATTORNEY** |
|---|---|
| /s/ Bret O. Whipple <br> BRET O. WHIPPLE, ESQ. <br> ALISSA C. ENGLER, ESQ. <br> *Attorneys for Plaintiffs* | /s/ Lindsy M. Roberts <br> LINDSY M. ROBERTS, ESQ. <br> TROY K. FLAKE, ESQ. <br> Assistant United States Attorneys <br> *Attorneys for the United States of America* |

**IT IS SO ORDERED:**

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED: August 23, 2017